UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| JEREMY PALOW, | Case No. 2:18-cv-00733-GMN-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| GEICO GENERAL INSURANCE COMPANY, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Remove Attorney from Service List (ECF No. 9), filed on June 6, 2018.

Plaintiff requests that Travis Dunsmoor, Esq. be removed as attorney of record for Plaintiff Jeremy Palow. Plaintiff's counsel represents that Mr. Dunsmoor is no longer associated with the Richard Harris Law Firm. The Court finds that counsel has provided good cause to justify granting his withdrawal. Accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Motion to Remove Attorney from Service List (ECF No. 9) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Travis Dunsmoor, Esq. from the CM/ECF service list in this case.

Dated this 8th day of June, 2018.

_George Foley Jr._
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE