UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEREMY PALOW,<br><br>　　　　　　　Plaintiff,<br>v.<br>GEICO GENERAL INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | Case No. 2:18-cv-00733-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Remove Attorney from Service List (ECF No. 9), filed on June 6, 2018.

Plaintiff requests that Garnet E. Beal, Esq. be removed as attorney of record for Plaintiff Jeremy Palow. Plaintiff's counsel represents that Mr. Beal is no longer associated with the Richard Harris Law Firm. The Court finds that counsel has provided good cause to justify granting his withdrawal. Accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Motion to Remove Attorney from Service List (ECF No. 9) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Garnet E. Beal, Esq. from the CM/ECF service list in this case.

Dated this 12th day of June, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE