TRAVIS DUNSMOOR, ESQ.
Nevada Bar No. 13111
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: Travis@RichardHarrisLaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY PALOW, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive<br><br>Defendants. | CASE NO.:   2:18-cv-00733-GMN-GWF<br><br>**STIPULATION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFRUCATE AND TO STAY CLAIMS FOR BAD FAITH** |

COMES NOW, Plaintiff JEREMY PALOW, by and through his counsel, TRAVIS DUNSMOOR, ESQ. of the RICHARD HARRIS LAW FIRM, and Defendant GEICO GENERAL INSURANCE COMPANY, by and through its counsel, WADE M. HANSARD, ESQ., of the law firm of McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, hereby stipulate as follows:

That in light of the parties Stipulation Regarding Plaintiff to Amend his Complaint to remove his Second Cause of Action for Breach of the Covenant of Good Faith and Fair Dealing, Third Cause of Action for Violation of Unfair Claims Practices Act, and Fourth Cause of Action

for Unjust Enrichment, without prejudice, that Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith is hereby withdrawn as Moot.

DATED THIS 8th day of June, 2018.  DATED THIS 8th day of June, 2018.

**RICHARD HARRIS LAW FIRM**   **McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP**

*/s/Travis Dunsmoor*   */s/Wade M. Hansard*
_____   _____
TRAVIS DUNSMOOR, ESQ.   WADE M. HANSARD, ESQ.
Nevada Bar No. 13111   Nevada Bar No. 8104
801 South Fourth Street   8337 W. Sunset Road, Ste. 350
Las Vegas, NV 89101   Las Vegas, Nevada 89113
*Attorneys for Plaintiff*   *Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY PALOW, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive<br><br>Defendants. | CASE NO.: 2:18-cv-00733-GMN-GWF<br><br>**ORDER REGARDING STIPULATION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/ BIFRUCATE AND TO STAY CLAIMS FOR BAD FAITH** |

IT IS HEREBY ORDERED, AJUDGED, AND DECREED that, in light of the parties Stipulation Regarding Plaintiff to Amend his Complaint to remove his Second Cause of Action for Breach of the Covenant of Good Faith and Fair Dealing, Third Cause of Action for Violation of Unfair Claims Practices Act, and Fourth Cause of Action for Unjust Enrichment, with prejudice, that Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith, (ECF Nos. 6, 7), is hereby **withdrawn as moot**.

**IT IS SO ORDERED.**

DATED this 20 day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT